

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## WR-73,771-05

**KEVIN TERRELL TATUM, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 1042008-A IN THE 179TH DISTRICT COURT
## FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to forty-five years' imprisonment. The First Court of Appeals affirmed his conviction. *Tatum v. State*, No. 01-06-01190-CR (Tex. App—Houston [1st Dist.] Aug. 29, 2008)(not designated for publication).

Applicant filed his initial habeas application with the Harris County District Clerk on September 10, 2009. On September 5, 2013, before this Court received the application, Applicant

filed a "Motion for Leave to Supplement Writ with Annexed Affidavit" with the Harris County District Clerk. In the supplement, Applicant raised one ground of actual innocence and attached an affidavit from an eyewitness. Applicant did not file this supplement on the form, which is required for it to be properly filed and considered. *See* TEX. R. APP. P. 73.1(a); 73.2.

This Court received Applicant's application on October 27, 2014 and denied relief without a written order on March 19, 2014. Though the supplemental ground was appropriately filed in the trial court, it was not presented on the 11.07 form. This rendered the -05 habeas application non-compliant with the Rules of Appellate Procedure.

Therefore, we now withdraw the denial of Applicant's -05 application, reconsider the case on our own motion, and dismiss the -05 application as non-compliant. Applicant is free to file another writ application that is compliant with the Rules of Appellate Procedure.

Filed: April 15, 2015
Do not publish